NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 14a0466n.06

No. 13-6568

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Jun 27, 2014
DEBORAH S. HUNT, Clerk

KIMBERLY LARAY GRICE,              )
                                   )
   Plaintiff-Appellant,            )
                                   )
       v.                          )
                                   )    ON APPEAL FROM THE
JACKSON-MADISON COUNTY GENERAL     )    UNITED STATES DISTRICT
HOSPITAL DISTRICT, a/k/a WEST TENNESSEE )  COURT FOR THE WESTERN
HEALTHCARE,                        )    DISTRICT OF TENNESSEE
                                   )
   Defendant-Appellee.             )
                                   )
                                   )
                                   )
                                   )

BEFORE: SUTTON and GRIFFIN, Circuit Judges; and SARGUS, District Judge.[*]

PER CURIAM.

Kimberly Grice appeals the district court's order granting defendant's motion for summary judgment. We review the district court's determination de novo. *See Keith v. Cnty. of Oakland*, 703 F.3d 918, 923 (6th Cir. 2013).

After carefully reviewing the record, the parties' briefs, and the applicable law, we find no error in the district court's judgment. The reasoning that supports the judgment was clearly and persuasively articulated by the district court, and our issuance of a detailed written opinion would be unduly duplicative and serve no jurisprudential purpose. We therefore affirm the

---

[*]The Honorable Edmund A. Sargus, Jr., United States District Judge for the Southern District of Ohio, sitting by designation.

district court's judgment for the reasons stated in that court's opinion. *See Grice v. Jackson-Madison Cnty. Gen. Hosp. Dist.*, 981 F. Supp. 2d 719 (W.D. Tenn. 2013).

The judgment of the district court is affirmed.